UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON,<br><br>        Plaintiff,<br><br>        v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, ET AL.,<br><br>        Defendant(s). | Case No. CV 19-5070-RGK (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that all claims against defendant LASD and defendants Villanueva and Inez in their official capacity are dismissed with prejudice and without leave to amend.

///
///
///
///

The Court will issue a separate order regarding service of the sole remaining Eighth Amendment excessive force claim against defendant Inez in his individual capacity.

Dated: January 14, 2020

_____
HONORABLE R. GARY KLAUSNER
United States District Judge