UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, ET AL.,<br><br>　　　　　　　Defendant(s). | Case No. CV 19-5070-RGK (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: April 22, 2020

　　　　　　　　　　　　　　　　　*Gary Klausner*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　United States District Judge