# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON,<br><br>                    Plaintiff,<br><br>         v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, ET AL.,<br><br>                    Defendant(s). | Case No. CV 19-5070-RGK (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 22, 2020

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
United States District Judge